■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND BERMUDEZ, Appellant.—Judgment, Supreme Court, Bronx County (Fred Eggert, J.), rendered on or about August 19, 1981, unanimously affirmed. No opinion. Concur—Sullivan, J. P., Asch, Rosenberger, Wallach and Smith, JJ. [133 AD2d 550.]